United States District Court
Southern District of Texas
**ENTERED**
August 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE GALVESTON-TEXAS CITY PILOTS ASSOCIATION, | § § § § § | |
| Plaintiff, | § | |
| VS | § § | 3:25-cv-160 |
| HOUSTON PILOTS, | § § § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 29, 2025, the plaintiffs' motion to remand, Dkt. 4, was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 5. Judge Edison filed a memorandum and recommendation on July 31, 2025, recommending the motion be denied. Dkt. 26.

On August 14, 2025, the defendants filed their objections to the memorandum and recommendation. Dkt. 30. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in

whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has carefully considered the objections; the memorandum and recommendation; the pleadings; and the record. The court accepts Judge Edison's memorandum and recommendation and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation (Dkt. 4) is approved and adopted in its entirety as the holding of the court; and

(2) Plaintiffs' motion to remand (Dkt. 4) is granted; and

(3) This matter is remanded to the 122nd District Court of Galveston County.

Signed on Galveston Island this 18th day of August, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE